IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA LIEF F/B/O TASHA LIEF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-274-GMS |
| | ) | |
| CAPE HENLOPEN SCHOOL DISTRICT and the DELAWARE DEPARTMENT of EDUCATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Michael P. Stafford, Esquire, hereby certify that on February 9, 2007, I caused two true and correct copies of **Defendant's Initial Disclosures** to be served upon the following counsel of record:

**BY EMAIL AND UNITED STATES MAIL**

| | |
|---|---|
| Bruce A. Rogers, Esquire | Craig R. Fitzgerald, Esquire |
| BRUCE A. ROGER & ASSOCIATES | Deputy Attorney General |
| 16 South Front Street | Civil Division- Kent County |
| Georgetown, Delaware  19947 | 102 West Water Street |
| | Dover, Delaware  19904 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Michael P. Stafford*
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3461
Email:  mstafford@ycst.com
Attorneys for Cape Henlopen School District

DATED:  February 9, 2007