IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA LIEF F/B/O TASHA LIEF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-274-GMS |
| | ) | |
| CAPE HENLOPEN SCHOOL DISTRICT and the DELAWARE DEPARTMENT of EDUCATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I, Bruce A. Rogers, Esquire, hereby certify that on February 9, 2007, I caused two true and correct copies of **Plaintiffs' Initial Disclosures** to be served upon the following counsel of record:

Scott A. Holt, Esquire
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

Michael P. Stafford, Esquire
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

Craig R. Fitzgerald, Esquire
Deputy Attorney General
Civil Division – Kent County
102 West Water Street
Dover, Delaware 19904

　　　　　　　　　　　/s/ Bruce A. Rogers, Esquire
　　　　　　　　　　Bruce A. Rogers, Esquire (No. 2426)
　　　　　　　　　　12 South Front Street
　　　　　　　　　　P.O. Box 876
　　　　　　　　　　Georgetown, Delaware 19947
　　　　　　　　　　Telephone:　(302) 856-7161
　　　　　　　　　　Facsimile:　(302) 856-7176
　　　　　　　　　　Attorney for Plaintiff – Christina Lief F/B/O/ Tasha Lief

Dated: February 9, 2007