IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA LIEF F/B/O TASHA LIEF )<br>)<br>    Plaintiff, )<br>)<br>  v.     )<br>)<br>CAPE HENLOPEN SCHOOL DISTRICT )<br>and the DELAWARE DEPARTMENT )<br>OF EDUCATION    )<br>    Defendants. ) | C.A. No. 06-274-GMS |

### NOTICE AND CERTIFICATE OF SERVICE

  The undersigned certifies that on February 9, 2007, he caused the **DEFENDANT DELAWARE DEPARTMENT OF EDUCATION'S RULE 26(a) (1) INITIAL DISCLOSURES** to be sent to the following person(s) in the form and manner indicated:

| | |
|---|---|
| Bruce A. Rogers, Esq. | Michael P. Stafford, Esq. |
| Bruce A. Rogers & Associates | Young, Conaway, Stargatt & Taylor LLP |
| 16 South Front Street | 1000 West Street – 17th Floor |
| P.O. Box 876 | P.O. Box 391 |
| Georgetown, DE 19947 | Wilmington, DE 19899-0391 |

**MANNER OF DELIVERY**

   __X__ One true copy by facsimile transmission to each recipient

   __X__ Two true copies by regular mail, postage prepaid, to each recipient

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Craig R. Fitzgerald_____
        CRAIG R. FITZGERALD, ID# 3730
        Deputy Attorney General
        820 North French Street
        Wilmington, Delaware 19801
        (302) 577-8400