IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA LIEF F/B/O TASHA LIEF, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-274-GMS ) |
| CAPE HENLOPEN SCHOOL DISTRICT and the DELAWARE DEPARTMENT OF EDUCATION, | ) ) ) ) ) |
| Defendants. | ) ) |

## SUBSTITUTION OF APPEARANCE OF COUNSEL

BRUCE ROGERS, ESQ., hereby withdraws his appearance as local counsel for Plaintiff.

PLEASE ENTER the appearance of Bruce L. Hudson, Esquire, as local counsel for Plaintiff.

Respectfully submitted,

_____
Bruce Rogers
Delaware Bar No. 2426
12 South Front Street
Georgetown DE 19947
(302) 856-7176

_____
Bruce L. Hudson
Delaware Bar No. 1003
800 N. King Street, Suite 302
Wilmington, DE 19801
(302) 656-9850

Dated: April 5, 2007