IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA LIEF F/B/O TASHA LIEF,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-274-GMS |
| | ) |
| **CAPE HENLOPEN SCHOOL DISTRICT** | ) |
| **and the DELAWARE DEPARTMENT** | ) |
| **OF EDUCATION,** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I, Bruce L. Hudson, do hereby certify that on this 11th day of April, 2007, the Motion for Substitute Attorney was filed and served via electronic filing on the defendants.

/s/ Bruce L. Hudson
Bruce L. Hudson
Delaware Bar No. 1003
800 N. King Street, Suite 302
Wilmington, DE 19801
(302) 656-9850

Dated: April 11, 2007