IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA LIEF F/B/O TASHA LIEF, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 06-274-GMS |
| CAPE HENLOPEN SCHOOL DISTRICT and the DELAWARE DEPARTMENT OF EDUCATION, | * <br> * |
| Defendants | * |

************************************************

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Wayne D. Steedman, Esq. to represent the Plaintiffs in this matter.

Respectfully submitted,

Bruce L. Hudson, Esq., Delaware Bar No. 1003
800 N. King Street, Suite 302
Wilmington, DE 19801
(302) 656-9850

Date: 4/12/07

1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

_____        _____
Date                             United States District Judge


## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and of the U.S. District Court for the District of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary action of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

3/9/07                           /s/ Wayne Steedman
_____        _____
Date                             Wayne D. Steedman, Federal Bar No. 09474
                                 Callegary & Steedman, P.A.
                                 301 N. Charles Street, Suite 600
                                 Baltimore, Maryland 21201
                                 410-576-7606

2



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
ELECTRONIC NOTICING REGISTRATION FORM**

*FOR ATTORNEYS ADMITTED PRO HAC VICE*

Instructions: Once admitted (Pro Hac Vice motion has been granted), an attorney may register for *electronic noticing* in CM/ECF. Once you submit this form (signed original) to the Clerk of Court, your name and e-mail noticing address will appear on the docket, associated with your local counsel.

**(Please Print or Type all information)**

PRO HAC VICE GRANTED IN: CASE # _____
(Case Type & Number, e.g.., CA 04-123 SLR)
DOCKET ITEM # & DATE OF ORDER GRANTING PRO HAC VICE: _____

NAME(S) OF PARTY(IES) REPRESENTED: _____

DATE $25.00 ANNUAL PRO HAC VICE FEE PAID: _____ RECEIPT # _____
(IF KNOWN)

Internet E-Mail Address: wayne@callegarysteedman.com
(Please print clearly and include complete e-mail address)

Last Name: Steedman                    Generation: (e.g., Jr., Sr.) _____
First Name: Wayne                      Middle Initial: D
Firm's Name: Callegary & Steedman, P.A.
Address: 301 N. Charles St., Ste. 600
City: Baltimore          State: MD    Zip Code: 21201

Type of Practice: ☒ Civil   ☐ Criminal        Do you have a PACER Account? ☒ Yes ☐ No

Phone No.: 410-576-7606           FAX No.: 410-576-0454

An attorney admitted pro hac vice who desires to be electronically noticed by ECF, must complete and sign an Electronic Noticing Registration Form on a case-by-case basis. The attorney may retrieve documents electronically through PACER and will receive system-generated notices of electronic filings, however, this will NOT allow for documents to be FILED electronically. Also, as a participating attorney, you must promptly notify the Clerk's office if there is a change in your personal data, such as name or e-mail address, or termination of involvement in the case.

_Wayne Steedman_                        3/29/07
Signature                               Date

Submit completed registration form to:

Clerk
U.S. District Court for the District of Delaware
ATTN: ECF Registration
Room 4209, Lockbox 18
844 N. King Street
Wilmington, DE 19801
(302) 573-6170

**COURT USE ONLY:**          (ECF Pro Hac Vice Reg. Form - Rev. 5/05)

DATE REGISTRATION FORM RECEIVED: _____
☐ PRO HAC VICE STATUS VERIFIED  ☐ ANNUAL PHV FEE PAID
DATE ELECTRONIC NOTICING ACTIVATED: _____
ENTERED BY: _____ ☐ E-MAIL NOTICE SENT TO ATTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA LIEF F/B/O TASHA LIEF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-274-GMS |
| | ) |
| CAPE HENLOPEN SCHOOL DISTRICT | ) |
| and the DELAWARE DEPARTMENT | ) |
| OF EDUCATION, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Bruce L. Hudson, do hereby certify that on this 12th day of April, 2007, the Motion and Order for Admission Pro Hac Vice was filed and served via electronic filing on the defendants.

/s/ Bruce L. Hudson
Bruce L. Hudson
Delaware Bar No. 1003
800 N. King Street, Suite 302
Wilmington, DE 19801
(302) 656-9850

Dated: April 12, 2007