IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHRISTINA LIEF F/B/O TASHA LIEF,** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No. 06-274-GMS |
| **CAPE HENLOPEN SCHOOL DISTRICT and the DELAWARE DEPARTMENT OF EDUCATION,** | * * | |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## STIPULATED MOTION FOR EXTENSION OF TIME FOR DISCOVERY AND FOR FILING DISPOSITIVE MOTIONS

The parties, by and through their attorneys, hereby submit this request for extension of time for discovery and for the filing of dispositive motions, and for reasons state:

1. That a Scheduling Order was issued by this Court on January 26, 2007, setting May 25, 2007, as the date for completion of discovery in this matter, and that case dispositive motions would be due on June 8, 2007.

2. That at that time, the Plaintiff was represented by counsel who has since withdrawn. A Motion to Substitute Attorney was filed on April 11, 2007 and granted on April 12, 2007.

3. That given that the Plaintiff has retained new counsel who required additional time to evaluate the case, all parties agree that it would be appropriate and in the interest of justice to extend the deadlines for discovery and for filing case dispositive motions.

WHEREFORE, the parties respectfully request that the discovery deadline in this case be extended until June 29, 2007, and that the deadline for filing case dispositive motions be extended until July 20, 2007.

                    Respectfully submitted,

Dated: April 23, 2007

/s/ Bruce L. Hudson
Bruce L. Hudson, Esq. (No. 1003)
800 N. King Street, Suite 302
Wilmington, DE 19801
Telephone: 302-656-9850
Facsimile: 302-656-9836
Attorney for Plaintiff

/s/ Wayne D. Steedman
Wayne D. Steedman, Esq. (No. 9474)
Callegary and Steedman, P.A.
301 North Charles Street, Suite 600
Baltimore, MD 21201
Telephone: 410-576-7606
Facsimile: 410-576-0454
Attorney for Plaintiff

/s/ Michael P. Stafford
Michael P. Stafford, Esq. (No. 4461)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: 302-571-6553
Facsimile: 302-576-3461
Attorney for Defendant Cape Henlopen School District

/s/ Craig R. Fitzgerald
Craig R. Fitzgerald, Esq. (No. 3730)
Deputy Attorney General
State of Delaware Department of Justice
820 North French Street – 6th Floor
Wilmington, DE 19801
Telephone: 302-577-8400
Attorney for Defendant Delaware Department of Education
