IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA LIEF F/B/O TASHA LIEF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-274-GMS |
| | ) | |
| CAPE HENLOPEN SCHOOL DISTRICT | ) | |
| and the DELAWARE DEPARTMENT of | ) | |
| EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

I, Michael P. Stafford, Esquire, hereby certify that on May 25, 2007, I caused two true and correct copies of **Defendants' First Request for Production of Documents Directed to Plaintiff** and **Defendants' First Set of Interrogatories Directed to Plaintiff** to be served upon the following counsel of record:

BY HAND DELIVERY

Bruce L. Hudson, Esquire
800 North King Street
Wilmington, Delaware  19801


YOUNG CONAWAY STARGATT & TAYLOR, LLP


/s/ *Michael P. Stafford*
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3461
Email:  mstafford@ycst.com
Attorneys for Cape Henlopen School District

DATED:  May 25, 2007