IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA LIEF F/B/O TASHA LIEF, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CAPE HENLOPEN SCHOOL DISTRICT )<br>And the DELAWARE DEPARTMENT of )<br>EDUCATION, )<br>)<br>Defendants. ) | C.A. No. 06-274-GMS |

**NOTICE OF DEPOSITION**

TO:  Bruce L. Hudson, Esquire            Craig R. Fitzgerald, Esqurie
     800 North King Street                Deputy Attorney General
     Wilmington, Delaware 19801           Civil Division – New Castle County
                                          820 North French Street
                                          Wilmington, Delaware 19801

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Christina Lief on Tuesday, June 5, 2007 at 10 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Michael P. Stafford*
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6553
Facsimile: (302) 576-3461
Email: mstafford@ycst.com
Attorneys for Cape Henlopen School District

Dated: May 25, 2007
  CC: Wilcox & Fetzer