IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA LIEF F/B/O TASHA LIEF, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 06-274-GMS |
| CAPE HENLOPEN SCHOOL DISTRICT and the DELAWARE DEPARTMENT OF EDUCATION, | * * |
| Defendants | * |

*************************************************

### NOTICE OF SERVICE OF INTERROGATORIES

I hereby certify that on May 25, 2007, I caused Plaintiff's Interrogatories to be served on the following counsel of record by facsimile and by first class mail, postage prepaid.

Michael P. Stafford, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street – 17th Floor
P.O. Box 391
Wilmington, DE 19899

Craig R. Fitzgerald, Esq., Deputy Attorney General
Delaware Department of Justice
820 North French Street – 6th Floor
Wilmington, DE 19801

Respectfully submitted,

Dated: May 25, 2007

/s/ Wayne D. Steedman
Wayne D. Steedman, Esq. (No. 9474)
Callegary and Steedman, P.A.
301 North Charles Street, Suite 600
Baltimore, MD 21201
Attorney for Plaintiff

/s/ Bruce L. Hudson
Bruce L. Hudson, Esq. (No. 1003)
800 N. King Street, Suite 302
Wilmington, DE 19801
Attorney for Plaintiff