IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA LIEF F/B/O TASHA LIEF ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-274-GMS |
| ) | |
| CAPE HENLOPEN SCHOOL DISTRICT ) | |
| and the DELAWARE DEPARTMENT ) | |
| OF EDUCATION ) | |
| Defendants. ) | |

**NOTICE OF SERVICE OF DEFENDANT DELAWARE DEPARTMENT OF EDUCATION'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

The undersigned certifies that on June 29, 2007, he electronically filed the attached *Notice of Service of Defendant Delaware Department of Education's Answers to Plaintiff's First Set of Interrogatories* with the Clerk of Court using CM/ECF which will send notification of such filing to the following registered participant and also sent two copies of the *Answers* by United States mail and one copy by fax to:

Wayne Steedman, Esq.
Callegary and Steedman, P.A.
301 North Charles Street, Suite 600
Baltimore, MD 21201

Michael Stafford, Esq.
Scott Holt, Esq.
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Bruce L. Hudson, Esq.
Bruce L. Hudson, Attorney at Law
800 King Street, Suite 302
Wilmington, DE 19801-3544

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Craig R. Fitzgerald*

Craig R. Fitzgerald, Esq. ID # 3730
Deputy Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801