# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA LIEF F/B/O TASHA LIEF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-274 (GMS) |
| ) | |
| CAPE HENLOPEN SCHOOL DISTRICT and ) | |
| the DELAWARE DEPARTMENT OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Michael P. Stafford, Esquire, hereby certify that on June 29, 2007, I caused two true and correct copies of **Defendants' Response to Plaintiff's First Set of Interrogatories** and **Notice of Service** to be served upon the following:

**By CM/ECF and Hand Delivery**

Bruce L. Hudson, Esquire
800 North King Street
Wilmington, Delaware 19801

**By CM/ECF and Electronic Mail**

Wayne Steedman, Esquire
Callegary and Steedman, P.A.
301 North Charles Street,
Suite 600
Baltimore, MD 21201

Craig R. Fitzgerald, Esquire
Deputy Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Michael P. Stafford*
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6553 Fax: (302) 576-3461
Email:  mstafford@ycst.com
Attorneys for Defendant Cape Henlopen School District