IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA LIEF F/B/O TASHA LIEF, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPE HENLOPEN SCHOOL DISTRICT and )<br>the DELAWARE DEPARTMENT OF )<br>EDUCATION, )<br>)<br>Defendants. ) | Civil Action No. 06-274 (GMS) |

JOINT STIPULATION AND ORDER

The parties, by and through the undersigned counsel, and subject to the approval of the Court, here by stipulate and agree as follows:

1.  Plaintiff, Christina Lief, ceased being a resident of the Cape Henlopen School District and the State of Delaware effective as of November 1, 2006. From November 1, 2006 to the present date, plaintiff Christina Lief has been a resident of the State of North Carolina.

2.  In common with her mother, plaintiff Christina Lief, T.L. ceased being a resident of the Cape Henlopen School District and the State of Delaware effective as of November 1, 2006. From November 1, 2006 to the present date T.L. has been a resident of the State of North Carolina.

{*continued on next page*}

| CALLEGARY & STEEDMAN, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Wayne Steedman | /s/ Michael P. Stafford |
| Wayne Steedman, Esquire | Scott A. Holt, Esquire (I.D. #3399) |
| 301 North Charles Street, Suite 600 | Michael P. Stafford, Esquire (I.D. #4461) |
| Baltimore, MD 21201 | The Brandywine Building |
| Telephone: (410) 576-7606 | P.O. Box 391 |
| Facsimile: (410) 576-0454 | Wilmington, DE 19899-0391 |
| wayne@callegarysteedman.com | Telephone: (302) 571-6623; (302) 571-6553 |
| Attorney for Plaintiff | Facsimile: (302) 576-3299; (302) 576-3470 |
|  | Email:sholt@ycst.com; mstafford@ycst.com |
|  | Attorneys for Defendant Cape Henlopen School District |

|  | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
|---|---|
| /s/ Bruce L. Hudson | /s/ Craig R. Fitzgerald |
| Bruce L. Hudson, Esq. (No. 1003) | Craig R. Fitzgerald, Esquire (No. 3730) |
| 800 N. King Street, Suite 302 | Deputy Attorney General |
| Wilmington, DE 19801 | Civil Division- New Castle County |
| Telephone: (302) 656-9850 | Carvel State Building - 6th Floor |
| Facsimile: (302) 656-9836 | 820 North French Street |
| delaw@brucehudsonlaw.com | Wilmington, DE 19801 |
| Attorney for Plaintiff | Email: craig.fitzgerald@state.de.us |
|  | Attorney for Defendant Delaware Department of Education |

DATED: July 6, 2007

      SO ORDERED this _____ day of _____, 2007.

                                            _____
                                            United States District Court Judge