# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA LIEF F/B/O TASHA LIEF, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPE HENLOPEN SCHOOL DISTRICT and )<br>the DELAWARE DEPARTMENT OF )<br>EDUCATION, )<br>)<br>Defendants. ) | Civil Action No. 06-274 (GMS) |

## JOINT STIPULATION AND ORDER

It is hereby stipulated by and between the parties in the above-captioned matter that the briefing schedule for case dispositive motions set forth in the Scheduling Order shall be amended as follows:

1. All case dispositive motions shall be filed on or before July 20, 2007.
2. Opening briefs shall be filed by July 24, 2007.
3. Opposition briefs shall be filed by September 3, 2007.
4. Reply briefs shall be filed by September 14, 2007.

The parties are engaged in settlement discussions and make this request because they believe that additional time prior to the submission of opening briefs may lead to the resolution of this matter. Counsel for all parties certify that they have consulted with their respective clients about this request.

{*continued on next page*}

| CALLEGARY & STEEDMAN, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Wayne Steedman | /s/ Michael P. Stafford |
| Wayne Steedman, Esquire<br>301 North Charles Street, Suite 600<br>Baltimore, MD 21201<br>Telephone: (410) 576-7606<br>Facsimile: (410) 576-0454<br>wayne@callegarysteedman.com<br>Attorney for Plaintiff | Scott A. Holt, Esquire (I.D. #3399)<br>Michael P. Stafford, Esquire (I.D. #4461)<br>The Brandywine Building<br>1000 West Street, 17th Floor, P.O. Box 391<br>Wilmington, DE 19899-0391<br>Telephone: (302) 571-6623; (302) 571-6553<br>Facsimile: (302) 576-3299; (302) 576-3470<br>Email: sholt@ycst.com; mstafford@ycst.com<br>Attorneys for Defendant Cape Henlopen School District |
|  | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
| /s/ Bruce L. Hudson | /s/ Craig R. Fitzgerald |
| Bruce L. Hudson, Esq. (No. 1003)<br>800 N. King Street, Suite 302<br>Wilmington, DE 19801<br>Telephone: (302) 656-9850<br>Facsimile: (302) 656-9836<br>delaw@brucehudsonlaw.com<br>Attorney for Plaintiff | Craig R. Fitzgerald, Esquire (No. 3730)<br>Deputy Attorney General<br>Civil Division- New Castle County<br>Carvel State Building - 6th Floor<br>820 North French Street<br>Wilmington, DE 19801<br>Email: craig.fitzgerald@state.de.us<br>Attorney for Defendant Delaware Department of Education |

      SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge