**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHRISTINA LIEF F/B/O TASHA LIEF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-274 (GMS) |
| | ) |
| CAPE HENLOPEN SCHOOL DISTRICT and | ) |
| the DELAWARE DEPARTMENT OF | ) |
| EDUCATION, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR SUMMARY JUDGMENT**

Defendants, by and through the undersigned counsel, hereby move for entry of an Order granting them Summary Judgment on all Counts of Plaintiff's Complaint for the reasons more fully set forth in their Opening Brief to be filed with the Court on Tuesday, July 24, 2007.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Michael P. Stafford
_____
Scott A. Holt, Esquire (I.D. #3399)
Michael P. Stafford, Esquire (I.D. #4461)
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6623; (302) 571-6553
Facsimile: (302) 576-3299; (302) 576-3470
Email: sholt@ycst.com; mstafford@ycst.com
Attorneys for Defendant Cape Henlopen School District

{*continued on next page*}

                STATE OF DELAWARE DEPARTMENT OF JUSTICE

/s/ Craig R. Fitzgerald
_____
Craig R. Fitzgerald, Esquire (No. 3730)
Deputy Attorney General
Civil Division- New Castle County
Carvel State Building - 6th Floor
820 North French Street
Wilmington, DE 19801
Email: craig.fitzgerald@state.de.us
Attorney for Defendant Delaware Department of Education

DATED: July 20, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA LIEF F/B/O TASHA LIEF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-274 (GMS) |
| ) | |
| CAPE HENLOPEN SCHOOL DISTRICT and ) | |
| the DELAWARE DEPARTMENT OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendants. ) | |

ORDER

Defendants' Motion for Summary Judgment on all Counts of Plaintiff's Complaint having been duly presented and heard by the Court, is now hereby ordered this ___ day of _____, 2007, that Defendants' Motion is granted.

_____
United States District Court Judge