## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTINA LIEF F/B/O TASHA LIEF,** | * |
| **Plaintiff,** | * |
| v. | *   Civil Action No. 06-274-GMS |
| **CAPE HENLOPEN SCHOOL DISTRICT** and the **DELAWARE DEPARTMENT OF EDUCATION,** | * * |
| **Defendants** | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## STIPULATION OF DISMISSAL

NOW COME the parties, by and through their attorneys, to stipulate as follows:

1. The parties have reached agreement on all issues related to this case.

2. Plaintiff withdraws all claims against the named Defendants and agrees to dismiss all actions with prejudice.

The parties kindly thank the Court for its time and for its effort with respect to this case.

Respectfully submitted,

_____*/s/*_____
Wayne D. Steedman, Esquire
301 N. Charles Street Suite 600
Baltimore, MD 21201
Phone: (410) 576-7606
wayne@callegarysteedman.com
Attorneys for Plaintiff

                                         _____/s/_____
                                        Bruce L. Hudson, Esquire (Bar ID 1003)
                                        800 King Street, Suite 302
                                        Wilmington, DE  19801-3544
                                        Phone: (302) 656-9850
                                        delaw@brucehudsonlaw.com
                                        Delaware Local Counsel for Plaintiff, C.H.


                                        _____/s/_____
                                        Craig R. Fitzgerald, Esquire (Bar No. 3730)
                                        Deputy Attorney General
                                        Civil Division-New Castle County
                                        Carvel Building, 6th Floor
                                        820 North French Street
                                        Wilmington, DE 19801
                                        craig.fitzgerald@state.de.us
                                        Attorney for the Delaware Department of Education


                                       _____/s/_____
                                      Michael P. Stafford, Esq. (ID. # 4461)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor, P.O. Box 391
                                      Wilmington, DE 19899-0391
                                      Telephone: (302) 571-6623; (302) 571-6553
                                      Facsimile: (302) 576-3299; (302) 576-3470
                                      Email: mstafford@ycst.com
                                      Attorney for Cape Henlopen School District