IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHRISTINA LIEF F/B/O TASHA LIEF,** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No. 06-274-GMS |
| **CAPE HENLOPEN SCHOOL DISTRICT** and the **DELAWARE DEPARTMENT OF EDUCATION,** | * * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER OF DISMISSAL**

The parties having reached a settlement of all issues and claims before this Court, it is hereby ORDERED this day of _____, 2007, the above captioned action is DISMISSED with prejudice.

_____
United States District Court Judge